IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLIFFSTAR CORPORATION, | Case No. 09-CV-3867 |
| Plaintiff, | Judge Davis |
| AJINOMOTO COMPANY, INC., ET AL., | |
| Defendants. | |

## STIPULATION FOR EXTENSION OF TIME

Counsel for Plaintiff and counsel for Defendants Ajinomoto U.S.A., Inc., Ajinomoto Food Ingredients LLC, J.W. Childs Associates L.P., Koninklijke DSM N.V., Monsanto Company, The NutraSweet Company, NutraSweet Property Holdings, Inc., and Tosoh Corporation (collectively, "Defendants") hereby stipulate that the time in which Defendants must move, answer, or otherwise plead in response to Plaintiff's Complaint in the above-captioned matter shall be extended until and including February 26, 2010. All defenses, including specifically the defense of lack of personal jurisdiction, are preserved.

Dated: January 8, 2010

Respectfully submitted,

_____
Mark C. Cawley
Saul Ewing, LLP
1500 Market Street
38th Floor West
Philadelphia, Pennsylvania 19102
Tel: 215-972-7777
Fax: 215-972-7725
mcawley@saul.com

_____
Dianne M. Nast
Erin C. Burns
RODANAST, P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
Tel: (717) 892-3000
Fax: (717) 892-1200
dnast@rodanast.com
eburns@rodanast.com

*Attorneys for Plaintiff*

Michael R. Lazerwitz
Patricia M. McDermott
Cleary, Gottlieb, Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Suite 9000
Washington, District of Columbia 20006
Tel: 202-974-1500
Fax: 202-974-1999
mlazerwitz@cgsh.com
pmcdermott@cgsh.com

*Counsel for Defendants Ajinomoto U.S.A., Inc. and Ajinomoto Food Ingredients LLC*

*Carolyn H. Feeney /ASK/*
Carolyn H. Feeney
Dechert LLP
2929 Arch Street
Philadelphia, Pennsylvania 19104
Tel: 215-994-4000
Fax: 215-994-2222
carolyn.feeney@dechert.com

David Marx, Jr.
Amanda J. Metts
Jennifer A. Smulin
McDermott Will & Emery, LLP
227 West Monroe Street, Suite 3100
Chicago, Illinois 60606
Tel: 312-372-2000
Fax: 312-984-7700
dmarx@mwe.com
ametts@mwe.com

*Counsel for Defendants J.W. Childs Associates L.P., Monsanto Company, The NutraSweet Company, NutraSweet Property Holdings, Inc.*

*Richard L. Scheff /ASK/*
Richard L. Scheff
Lathrop B. Nelson, III
Montgomery, McCracken, Walker
 & Rhoads, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109
Tel: 215-772-1500
Fax: 215-772-7620
rscheff@mmwr.com
lnelson@mmwr.com

Andrew S. Marovitz
Britt M. Miller
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: 312-782-0600
Fax: 312-701-7711
amarovitz@mayerbrown.com
bmiller@mayerbrown.com

*Counsel for Defendant Koninklijke DSM N.V.*

*William H. Roberts /ASK/*
William H. Roberts
Jeremy A. Rist
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Tel: 215-569-5500
Fax: 215-569-5555
roberts@blankrome.com
rist@blankrome.com

A. Paul Victor
Jeffrey L. Kessler
Aldo A. Badini
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, New York 10019
Tel: 212-259-8000
Fax: 212-2599-6333
pvictor@deweyleboeuf.com
jkessler@deweyleboeuf.com
abadini@deweyleboeuf.com

*Counsel for Defendant Tosoh Corporation*

SO ORDERED

_____