**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CLIFFSTAR CORPORATION,           ) <br> ) <br> Plaintiff,           ) <br> ) <br> v.           ) <br> ) <br> AJINOMOTO COMPANY, ET AL.,           ) <br> ) <br> Defendants.           ) <br> ) | Case No. 09-CV-3867 <br><br> Hon. Legrome D. Davis |

**CERTAIN DEFENDANTS' MOTION TO STAY PENDING RESOLUTION OF APPEAL**

Defendants Ajinomoto U.S.A., Inc., Ajinomoto Food Ingredients LLC, Koninklijke DSM N.V., J.W. Childs Associates L.P., Monsanto Company, The NutraSweet Company, NutraSweet Property Holdings, Inc., and Tosoh Corporation (collectively "Certain Defendants"), by and through their attorneys, hereby move this Court for a stay of these proceedings pending resolution of the appeal of this Court's August 11, 2008 Order in the matter captioned *In re Aspartame Antitrust Litigation*, Case No. 2:06-CV-1732 (the "Motion"), currently pending before the United States Court of Appeals for the Third Circuit (Docket No. 09-1487). In support of their Motion, Certain Defendants submit their Memorandum in Support of their Motion to Stay Pending Resolution of Appeal, filed concurrently herewith.

WHEREFORE, for the reasons stated herein and in their Memorandum in Support, Certain Defendants respectfully request that this Court grant their Motion and stay these proceedings pending resolution of the appeal of this Court's August 11, 2008 Order in the matter captioned *In re Aspartame Antitrust Litigation*, Case No. 2:06-CV-1732.

| | |
|---|---|
| Dated: January 22, 2010 | Respectfully submitted, |
| /s/ Mark C. Cawley | /s/ Lathrop B. Nelson, III |
| Mark C. Cawley | Richard L. Scheff |
| Saul Ewing, LLP | Lathrop B. Nelson, III |
| 1500 Market Street | Montgomery, McCracken, Walker |
| 38th Floor West |   & Rhoads, LLP |
| Philadelphia, PA 19102 | 123 South Broad Street |
| (215) 972-7777 | Philadelphia, PA 19109 |
| (215) 972-7725 – Facsimile | (215) 772-1500 |
| mcawley@saul.com | (215) 772-7620 – Facsimile |
| | rscheff@mmwr.com |
| Michael R. Lazerwitz | lnelson@mmwr.com |
| Patricia M. McDermott | |
| Cleary, Gottlieb, Steen | Andrew S. Marovitz |
|   & Hamilton LLP | Britt M. Miller |
| 2000 Pennsylvania Avenue, N.W. | Mayer Brown LLP |
| Suite 9000 | 71 South Wacker Drive |
| Washington, DC 20006 | Chicago, IL 60606-4637 |
| (202) 974-1500 | (312) 782-0600 |
| (202) 974-1999 – Facsimile | (312) 701-7711 – Facsimile |
| mlazerwitz@cgsh.com | amarovitz@mayerbrown.com |
| pmcdermott@cgsh.com | bmiller@mayerbrown.com |
| | |
| *Counsel for Defendants Ajinomoto U.S.A., Inc. and Ajinomoto Food Ingredients LLC* | *Counsel for Defendant Koninklijke DSM N.V.* |

| | |
|---|---|
| /s/ Carolyn H. Feeney_____<br>Carolyn H. Feeney<br>Dechert LLP<br>2929 Arch Street<br>Philadelphia, PA 19104<br>(215) 994-4000<br>(215) 994-2222 – Facsimile<br>carolyn.feeney@dechert.com<br><br>David Marx<br>Amanda J. Metts<br>McDermott Will & Emery, LLP<br>227 West Monroe Street, Suite 3100<br>Chicago, IL  60606<br>(312) 372-2000<br>(312) 984-7700 – Facsimile<br>dmarx@mwe.com<br>ametts@mwe.com<br><br>*Counsel for Defendants J.W. Childs Associates L.P., Monsanto Company, The NutraSweet Company, NutraSweet Property Holdings, Inc.* | /s/ William H. Roberts_____<br>William H. Roberts<br>Jeremy A. Rist<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103<br>(215) 569-5500<br>(215) 569-5555 – Facsimile<br>roberts@blankrome.com<br>rist@blankrome.com<br><br>A. Paul Victor<br>Jeffrey L. Kessler<br>Aldo A. Badini<br>Dewey & LeBoeuf LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>(212) 259-8000<br>(212) 259-6333 – Facsimile<br>pvictor@dl.com<br>jkessler@dl.com<br>abadini@dl.com<br><br>*Counsel for Defendant Tosoh Corporation* |

## CERTIFICATE OF SERVICE

      I, Lathrop B. Nelson, III, hereby certify that on January 22, 2010, I caused a true and correct copy of the foregoing **CERTAIN DEFENDANTS' MOTION TO STAY PENDING RESOLUTION OF APPEAL**, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      /s/ Lathrop B. Nelson, III_____