# EXHIBIT A



**RodaNast, P.C.**
Attorneys at Law

801 ESTELLE DRIVE LANCASTER, PENNSYLVANIA 17601
TELEPHONE (717) 892-3000 FACSIMILE (717) 892-1200 rodanast@rodanast.com

October 21, 2008

The Honorable Legrome D. Davis
United States District Court
Eastern District of Pennsylvania
6614 United States Courthouse
601 Market Street, Room 2609
Philadelphia, Pennsylvania 19106-1797

    Re: *In re Aspartame Antitrust Litigation*,
          Master Docket No. 2:06-CV-01732-LDD

Dear Judge Davis:

    Pending before the Court is Plaintiffs' Motion (Docket No. 181) requesting the Court to reconsider its Order granting Defendants' Motion for Summary Judgment.

    Within the past week, Plaintiffs have obtained newly discovered evidence that we believe bears directly on the issues in that pending motion. Therefore, we will shortly be seeking leave to file a supplemental submission in support of the Motion for Reconsideration.

    Plaintiffs will file the motion papers in the near future. We send this letter in advance so that the Court and Parties will be aware of the impending filings.

                              Respectfully,

                              *[signature]*

DMN/clf
cc:    All Counsel