UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLIFFSTAR CORPORATION V. AJINOMOTO COMPANY, INC., et al<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | DOCKET NO.<br><br>09-03867-LDD   JAN 2 1 2010 |

## STIPULATION FOR EXTENSION OF TIME

Counsel for Plaintiffs and counsel for Defendants Daesang Corporation f/k/a Miwon Company Ltd. and Daesang America, Inc. f/k/a Miwon America, Inc. ("Daesang Defendants") hereby stipulate that the time by which the Daesang Defendants must answer or otherwise plead in response to the Complaint – Class Action in the above-captioned case shall be extended to March 26, 2010.

Dated:

/s/ Dianne M. Nast (DMN 1791)
Dianne M. Nast
Erin C. Burns
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601

*Liaison Counsel and Co-Lead Counsel for Direct Purchaser Plaintiffs*

W. Joseph Bruckner
Heidi M. Silton
LOCKRIDGE, GRINDAL, NAUEN P.L.L.P
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401

Respectfully submitted,

/s/ Gary A. Wilson
Gary A. Wilson
POST & SCHELL, P.C.
Four Penn Center,
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103

*Counsel for Defendants Daesang Corporation f/k/a Miwon Company Ltd. and Daesang America, Inc. f/k/a Miwon America, Inc.*

/S/LEGROME D. DAVIS

1/25/10