### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLIFFSTAR CORPORATION, ) | |
| ) | |
| Plaintiff, ) | Case No. 09-CV-3867 |
| ) | |
| v. ) | Hon. Legrome D. Davis |
| ) | |
| AJINOMOTO COMPANY, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

AND NOW, this ___ day of _____, 20010, upon consideration of Certain Defendants' Motion for Leave to File a Reply Memorandum in Support of Certain Defendants' Motion to Stay Pending Appeal, it is hereby ORDERED that Certain Defendants' Motion is GRANTED.

It is further ORDERED that the Clerk of Court is directed to file the proposed reply memorandum attached to Certain Defendants' Motion as Exhibit A.

BY THE COURT:

_____
Hon. Legrome D. Davis, J.

2526257v2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CLIFFSTAR CORPORATION,  )<br>  )<br>        Plaintiff,  )<br>  )     Case No. 09-CV-3867<br>   v.  )<br>  )     Hon. Legrome Davis<br>AJINOMOTO COMPANY, ET AL.,  )<br>  )<br>        Defendants.  )<br>  ) | |

### MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF CERTAIN DEFENDANTS' MOTION TO STAY PENDING APPEAL

Certain Defendants respectfully move for leave to file the Reply Memorandum in Support of Certain Defendants' Motion to Stay Pending Appeal (attached as Exhibit A). In its opposition to Certain Defendants' motion, Plaintiff raised several legal and factual issues that need to be addressed and that were not covered in Certain Defendants' original submission.

Certain Defendants wish to respond to these issues and respectfully submit that the attached reply will assist the Court in its evaluation of whether a stay would promote judicial economy (including the effect of *Aspartame* appeal on this action), the prejudice to Certain Defendants (and the Court) in permitting the action to continue during the pendency of the appeal, and the duration of the requested stay.

Dated: February 12, 2010

/s/ Mark C. Cawley_____
Mark C. Cawley
SAUL EWING, LLP
1500 Market Street
38th Floor West
Philadelphia, PA 19102
(215) 972-7777
(215) 972-7725 – Facsimile
mcawley@saul.com

Michael R. Lazerwitz
Patricia M. McDermott
CLEARY, GOTTLIEB, STEEN
    & HAMILTON LLP
2000 Pennsylvania Avenue, N.W.
Suite 9000
Washington, DC 20006
(202) 974-1500
(202) 974-1999 – Facsimile
mlazerwitz@cgsh.com
pmcdermott@cgsh.com

*Counsel for Defendants Ajinomoto U.S.A.,
Inc. and Ajinomoto Food Ingredients LLC*

Respectfully submitted,

/s/ Lathrop B. Nelson, III_____
Richard L. Scheff
Lathrop B. Nelson, III
MONTGOMERY, MCCRACKEN, WALKER
    & RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109
(215) 772-1500
(215) 772-7620 – Facsimile
rscheff@mmwr.com
lnelson@mmwr.com

Andrew S. Marovitz
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL  60606-4637
(312) 782-0600
(312) 701-7711 – Facsimile
amarovitz@mayerbrown.com
bmiller@mayerbrown.com
mpaik@mayerbrown.com

*Counsel for Defendant Koninklijke DSM N.V.*

| | |
|---|---|
| /s/ Carolyn H. Feeney_____ | /s/ William H. Roberts_____ |
| Carolyn H. Feeney | William H. Roberts |
| DECHERT LLP | Jeremy A. Rist |
| 2929 Arch Street | BLANK ROME LLP |
| Philadelphia, PA 19104 | One Logan Square |
| (215) 994-4000 | 130 North 18th Street |
| (215) 994-2222 – Facsimile | Philadelphia, PA 19103 |
| carolyn.feeney@dechert.com | (215) 569-5500 |
| | (215) 569-5555 – Facsimile |
| David Marx | roberts@blankrome.com |
| Amanda J. Metts | rist@blankrome.com |
| MCDERMOTT WILL & EMERY, LLP | |
| 227 West Monroe Street, Suite 3100 | A. Paul Victor |
| Chicago, IL  60606 | Jeffrey L. Kessler |
| (312) 372-2000 | Aldo A. Badini |
| (312) 984-7700 – Facsimile | DEWEY & LEBOEUF LLP |
| dmarx@mwe.com | 1301 Avenue of the Americas |
| ametts@mwe.com | New York, NY 10019 |
| | (212) 259-8000 |
| *Counsel for Defendants J.W. Childs Associates L.P., Monsanto Company, The NutraSweet Company, NutraSweet Property Holdings, Inc.* | (212) 259-6333 – Facsimile |
| | pvictor@dl.com |
| | jkessler@dl.com |
| | abadini@dl.com |
| | |
| | *Counsel for Defendant Tosoh Corporation* |

## CERTIFICATE OF SERVICE

      I, Lathrop B. Nelson, III, hereby certify that on February 12, 2010, I caused a true and correct copy of the foregoing **MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF CERTAIN DEFENDANTS' MOTION TO STAY PENDING RESOLUTION OF APPEAL**, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                  /s/ Lathrop B. Nelson, III