

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLIFFSTAR CORPORATION, | Case No. 09-CV-3867 |
| Plaintiff, | Judge Legrome Davis |
| AJINOMOTO COMPANY, INC., ET AL., | |
| Defendants. | |

FILED

MAR 05 2010

MICHAEL E. KUNZ, Clerk
         Dep. Clerk

## JOINT STIPULATION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT

Counsel for Plaintiff and counsel for Defendant Ajinomoto Sweeteners Europe S.A.S. hereby stipulate that the date by which Ajinomoto Sweeteners Europe S.A.S. must move, answer, or otherwise plead in response to Plaintiff's Complaint in the above-captioned matter shall be extended as follows:

1.  If the Court denies certain defendants' Motion to Stay (Dkt 42), the date by which Ajinomoto Sweeteners Europe S.A.S. must move, answer, or otherwise plead in response to Plaintiff's Complaint shall be extended to thirty days after the date of the Court's ruling on certain defendants' Motion to Stay. Ajinomoto Sweeteners Europe S.A.S. reserves its right to move the Court for additional time to respond to Plaintiff's Complaint, if necessary.

2.  If the Court grants certain defendants' Motion to Stay, the obligation of Ajinomoto Sweeteners Europe S.A.S. to move, answer, or otherwise plead in response to Plaintiff's Complaint shall be stayed as per this Court's ruling. Upon expiration of the stay, the parties will promptly move the Court for entry of an appropriate case management schedule, including a date by which Defendants must move, answer, or otherwise plead in response to Plaintiff's Complaint.

All defenses, including specifically the defense of lack of personal jurisdiction, are preserved.

Dated: March 3, 2010

*[signature: Mark C. Cawley]*

Mark C. Cawley
Saul Ewing, LLP
1500 Market Street
38th Floor West
Philadelphia, Pennsylvania 19102
Tel: 215-972-7777
Fax: 215-972-7725
mcawley@saul.com

Michael R. Lazerwitz
Patricia M. McDermott
Cleary, Gottlieb, Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Suite 9000
Washington, District of Columbia 20006
Tel: 202-974-1500
Fax: 202-974-1999
mlazerwitz@cgsh.com
pmcdermott@cgsh.com

*Counsel for Defendant Ajinomoto Sweeteners Europe S.A.S.*

Respectfully submitted,

*[signature]*

Dianne M. Nast
Erin C. Burns
RODANAST, P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
Tel: 717-892-3000
Fax: 717-892-1200
dnast@rodanast.com
eburns@rodanast.com

*Attorneys for Plaintiff*

SO ORDERED
/S/LEGROME D. DAVIS

2