IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLIFFSTAR CORPORATION, | Case No. 09-CV-3867 |
| Plaintiff, | Judge Legrome Davis |
| AJINOMOTO COMPANY, INC., ET AL., | |
| Defendants. | |

FILED

MAR 08 2010

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### JOINT STIPULATION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT

Counsel for Plaintiff and counsel for Defendants Ajinomoto U.S.A., Inc., Ajinomoto Food Ingredients LLC, Ajinomoto Switzerland, A.G. F/K/A NutraSweet A.G., J.W. Childs Associates L.P., Koninklijke DSM N.V., Monsanto Company, The NutraSweet Company, NutraSweet Property Holdings, Inc., and Tosoh Corporation (collectively, "Defendants") hereby stipulate that the date by which Defendants must move, answer, or otherwise plead in response to Plaintiff's Complaint in the above-captioned matter shall be extended as follows:

1. If the Court denies Defendants' Motion to Stay (Dkt 42), the date by which Defendants must move, answer, or otherwise plead in response to Plaintiff's Complaint shall be extended to thirty days after the date of the Court's ruling on Defendants' Motion to Stay. Defendants reserve their right to move the Court for additional time to respond to Plaintiff's Complaint, if necessary.

2. If the Court grants Defendants' Motion to Stay, Defendants' obligation to move, answer, or otherwise plead in response to Plaintiff's Complaint shall be stayed as per this Court's ruling. Upon expiration of the stay, the parties will promptly move the Court for entry of an

appropriate case management schedule, including a date by which Defendants must move, answer, or otherwise plead in response to Plaintiff's Complaint.

All defenses, including specifically the defense of lack of personal jurisdiction, are preserved.

Dated: February 23, 2010

*[signature]*

Mark C. Cawley
Saul Ewing, LLP
1500 Market Street
38th Floor West
Philadelphia, Pennsylvania 19102
Tel: 215-972-7777
Fax: 215-972-7725
mcawley@saul.com

Michael R. Lazerwitz
Patricia M. McDermott
Cleary, Gottlieb, Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Suite 9000
Washington, District of Columbia 20006
Tel: 202-974-1500
Fax: 202-974-1999
mlazerwitz@cgsh.com
pmcdermott@cgsh.com

*Counsel for Defendants Ajinomoto U.S.A., Inc., Ajinomoto Food Ingredients LLC, and Ajinomoto Switzerland A.G.*

Respectfully submitted,

*[signature]*

Dianne M. Nast
Erin C. Burns
RODANAST, P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
Tel: 717-892-3000
Fax: 717-892-1200
dnast@rodanast.com
eburns@rodanast.com

*Attorneys for Plaintiff*

*[signature]* Richard L. Scheff/MCC

Richard L. Scheff
Lathrop B. Nelson, III
Montgomery, McCracken, Walker
  & Rhoads, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109
Tel: 215-772-1500
Fax: 215-772-7620
rscheff@mmwr.com
lnelson@mmwr.com

Andrew S. Marovitz
Britt M. Miller
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: 312-782-0600
Fax: 312-701-7711
amarovitz@mayerbrown.com
bmiller@mayerbrown.com

*Counsel for Defendant Koninklijke DSM N.V.*

*Carolyn H. Feeney/MCC*

Carolyn H. Feeney
Dechert LLP
2929 Arch Street
Philadelphia, Pennsylvania 19104
Tel: 215-994-4000
Fax: 215-994-2222
carolyn.feeney@dechert.com

David Marx, Jr.
Amanda J. Metts
Jennifer A. Smulin Diver
McDermott Will & Emery, LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606
Tel: 312-372-2000
Fax: 312-984-7700
dmarx@mwe.com
ametts@mwe.com
jdiver@mwe.com

*Counsel for Defendants J.W. Childs Associates L.P., Monsanto Company, The NutraSweet Company, NutraSweet Property Holdings, Inc.*

*William H. Roberts/MCC*

William H. Roberts
Jeremy A. Rist
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Tel: 215-569-5500
Fax: 215-569-5555
roberts@blankrome.com
rist@blankrome.com

A. Paul Victor
Jeffrey L. Kessler
Aldo A. Badini
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, New York 10019
Tel: 212-259-8000
Fax: 212-2599-6333
pvictor@deweyleboeuf.com
jkessler@deweyleboeuf.com
abadini@deweyleboeuf.com

*Counsel for Defendant Tosoh Corporation*

ENTERED

MAR 08 2010

CLERK OF COURT

SO ORDERED

/S/LEGROME D. DAVIS

3