APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Cliffstar Corporation | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Ajinomoto Company, Inc., et al. | : | NO. 09-3867 |

ORDER

AND NOW, this _____ Day of _____, 20__, it is hereby

ORDERED that the application of _Amanda J. Metts_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 09-3867

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, Amanda J. Metts, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number 318308, for the $40.00 admission fee.

A.   *I state that I am currently admitted to practice in the following state jurisdictions:*

| See certification | | |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   *I state that I am currently admitted to practice in the following federal jurisdictions:*

| See certification | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*  The NutraSweet Company, NutraSweet Property Holdings, Inc.; J.W. Childs Associates, LP and Monsanto Company.

(Applicant's Signature)

3/11/10
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

McDermott Will & Emery, LLP, 227 West Monroe Street, Chicago, IL 60606
312-984-7528

Sworn and subscribed before me this

____ Day of March, 20__

_____
Notary Public

OFFICIAL SEAL
KAREN BOOS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/21/11

10/04

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLIFFSTAR CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AJINOMOTO COMPANY, INC., et al., )<br>)<br>Defendants, )<br>) | Civil Action No. 09-3867 |

**CERTIFICATION OF AMANDA J. METTS
IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION**

I, **Amanda J. Metts**, do hereby certify as follows:

1. I am a partner of the law firm McDermott Will & Emery LLP, attorneys for defendants The NutraSweet Company, NutraSweet Property Holdings, Inc., J.W. Childs Associates L.P., and Monsanto Company in this matter. I am fully familiar with the facts and circumstances surrounding this matter, and I submit this Certification in support of these defendants' application for my *pro hac vice* admission.

2. I am admitted to practice, and am presently in good standing, before the following courts:

| Jurisdiction | Date of Admission |
|---|---|
| Massachusetts Supreme Judicial Court (Mass. Bar) | July 9, 1999 (ID # 639850) |
| United States Court of Appeals for the First Circuit | August 16, 2000 |
| United States District Court for the District of Massachusetts | August 21, 2002 |
| United States Court of Appeals for the Seventh Circuit | February 10, 2006 |
| State of Illinois Supreme Court (Ill. Bar) | August 15, 2006 (ID # 06288818) |
| United States District Court for the Northern District of Illinois | September 9, 2006 |

| United States Court of Appeals for the Sixth Circuit | August 27, 1999 |
| United States Court of Appeals for the Third Circuit | March 12, 2009 |

3. I have never been subjected to any discipline by any court or governing body.

4. My firm has a relationship with The NutraSweet Company, NutraSweet Property Holdings, Inc., J.W. Childs Associates L.P., and Monsanto Company and has been consulted as counsel in several different matters. The issues raised in this litigation before this Court involve areas of the law with which I have experience.

5. Pursuant to the rules of this Court, all pleadings submitted on behalf of The NutraSweet Company, NutraSweet Property Holdings, Inc., J.W. Childs Associates L.P., and Monsanto Company will be signed by the firm of Dechert LLP, attorney of record for these defendants.

6. I agree to strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial or other proceedings. I further agree to submit to the jurisdiction of this Court for the purposes of sanctions, discipline or other such action as the Court may deem proper.

7. Pursuant to Local Rule of Civil Procedure 83.5.2(b), I agree to pay a fee of $40.00 to the Clerk, United States District Court.

8. In light of the foregoing, I respectfully request on behalf of The NutraSweet Company, NutraSweet Property Holdings, Inc., J.W. Childs Associates L.P., and Monsanto Company that I be admitted *pro hac vice* for the purpose of representing these defendants in this matter in association with Pennsylvania counsel. I agree to be bound by the rules governing practice in this Court, including the disciplinary rules.

I declare under penalty of perjury that the foregoing is true and accurate.

Dated: __3/11/10__                                           _____
                                                                             Amanda J. Metts

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Amanda J. Metts___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Evan W. Davis, Esq. | [signature] | 11/27/2007 | 204275 |
|---|---|---|---|
| **Sponsor's Name** | **Sponsor's Signature** | **Admission date** | **Attorney Identification No.** |

### SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104

(215) 994-4000

Sworn and subscribed before me this

16TH Day of March, 2010

[signature]
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
THOMAS P. MURPHY, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 13, 2011

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the foregoing Application for Admission *Pro Hac Vice* to be sent today by United States first-class mail, postage prepaid, to the following counsel of record :

| | |
|---|---|
| Dianne M. Nast<br>Erin C. Burns<br>RODA & NAST, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601<br>dnast@rodanast.com<br>eburns@rodanast.com<br><br>W. Joseph Bruckner<br>Heidi M. Silton<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401<br>bruckwj@locklaw.com<br>hmsilton@locklaw.com<br><br>Benjamin D. Brown<br>Kathleen M. Konopka<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Avenue N.W.<br>Suite 500 West<br>Washington, D.C. 20005<br>bbrown@cohenmilstein.com<br>kkonopka@cohenmilstein.com<br><br>*Counsel for Plaintiff Cliffstar Corporation* | A. Paul Victor<br>Aldo Badini<br>Jason Clark<br>Jeffrey L. Kessler<br>Jeffrey Newhouse<br>DEWEY & LEBOUEF LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>pvictor@dl.com<br>abadini@dl.com<br>jclark@dl.com<br>jkessler@dl.com<br>jnewhouse@dl.com<br><br>Jeremy A. Rist<br>William H. Roberts<br>BLANK ROME LLP<br>One Logan Square<br>18th and Cherry Streets<br>Philadelphia, PA 19103<br>rist@blankrome.com<br>roberts@blankrome.com<br><br>*Counsel for Defendant Tosoh Corporation*<br><br>Gary A. Wilson<br>POST & SCHELL P.C.<br>Four Penn Center<br>1300 JFK Boulevard, 13th Floor<br>Philadelphia, PA 19103<br>gwilson@postschell.com<br><br>*Counsel for Defendants Daesang Corporation and Daesang America, Inc.* |

| | |
|---|---|
| Andrew S. Marovitz<br>Britt M. Miller<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>amarovitz@mayerbrown.com<br>bmiller@mayerbrown.com<br><br>Lathrop B. Nelson<br>Richard L. Scheff<br>MONTGOMERY MCCRACKEN<br>WALKER & RHOADES, LLP<br>123 South Broad Street<br>Philadelphia, PA 19109<br>lnelson@mmwr.com<br>rscheff@mmwr.com<br><br>*Counsel for Defendant DSM NV* | Amy S. Kline<br>Mark C. Cawley<br>SAUL EWING LLP<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>akline@saul.com<br>mcawley@saul.com<br><br>*Counsel for Defendants Ajinomoto Company, Inc., Ajinomoto U.S.A., Inc., Ajinomoto Food Ingredients LLC, Ajinomoto Sweeteners Europe S.A.S., and NutraSweet A.G.* |

Dated: March 17, 2010

_____
Evan W. Davis