IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLIFFSTAR CORPORATION | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AJINOMOTO COMPANY, INC., ET AL. | : | NO. 09-CV-03867-LDD |
| Defendants. | : | |

ORDER

AND NOW, this 18th day of March 2010, upon consideration of the Motion for Admission *Pro Hac Vice* of Jennifer Smulin Diver, Esquire (Doc No. 71) and Amanda J. Metts, Esquire (Doc. No. 72), IT IS ORDERED that the motion is GRANTED and that Jennifer Smulin Diver, Esquire and Amanda J. Metts, Esquire, are admitted *pro hac vice* for the purpose of representing The NutraSweet Company, NutraSweet Property Holdings, Inc., J. W. Childs Associates, LP and Monsanto Company.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J