IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLIFFSTAR CORPORATION, | Case No. 09-CV-3867 |
| Plaintiff, | Judge Legrome Davis |
| AJINOMOTO COMPANY, INC., ET AL., | |
| Defendants. | |

FILED
MAR 22 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**JOINT STIPULATION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

Counsel for Plaintiff and counsel for Defendant Ajinomoto Company, Inc. hereby stipulate that the date by which Ajinomoto Company, Inc. must move, answer, or otherwise plead in response to Plaintiff's Complaint in the above-captioned matter shall be extended as follows:

1. If the Court denies certain defendants' Motion to Stay (Dkt 42), the date by which Ajinomoto Company, Inc. must move, answer, or otherwise plead in response to Plaintiff's Complaint shall be extended to thirty days after the date of the Court's ruling on certain defendants' Motion to Stay. Ajinomoto Company, Inc. reserves its right to move the Court for additional time to respond to Plaintiff's Complaint, if necessary.

2. If the Court grants certain defendants' Motion to Stay, the obligation of Ajinomoto Company, Inc. to move, answer, or otherwise plead in response to Plaintiff's Complaint shall be stayed as per this Court's ruling. Upon expiration of the stay, the parties will promptly move the Court for entry of an appropriate case management schedule, including a date by which Defendants must move, answer, or otherwise plead in response to Plaintiff's Complaint.

All defenses, including specifically the defense of lack of personal jurisdiction, are preserved.

| | |
|---|---|
| Dated: March 15, 2010 | Respectfully submitted, |
| /s/ Mark C. Cawley | /s/ Dianne M. Nast |
| Mark C. Cawley<br>Saul Ewing, LLP<br>1500 Market Street<br>38th Floor West<br>Philadelphia, Pennsylvania 19102<br>Tel: 215-972-7777<br>Fax: 215-972-7725<br>mcawley@saul.com | Dianne M. Nast<br>Erin C. Burns<br>RODANAST, P.C.<br>801 Estelle Drive<br>Lancaster, Pennsylvania 17601<br>Tel: 717-892-3000<br>Fax: 717-892-1200<br>dnast@rodanast.com<br>eburns@rodanast.com |
| Michael R. Lazerwitz<br>Patricia M. McDermott<br>Cleary, Gottlieb, Steen & Hamilton LLP<br>2000 Pennsylvania Avenue, N.W.<br>Suite 9000<br>Washington, District of Columbia 20006<br>Tel: 202-974-1500<br>Fax: 202-974-1999<br>mlazerwitz@cgsh.com<br>pmcdermott@cgsh.com | *Attorneys for Plaintiff* |

*Counsel for Defendant Ajinomoto Company, Inc.*

SO ORDERED

_____
3/18/10