UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLIFFSTAR CORPORATION V.<br>AJINOMOTO COMPANY, INC., et al | DOCKET NO.<br><br>09-03867-LDD |

**JOINT STIPULATION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

Counsel for Plaintiff and counsel for Defendants Daesang Corporation f/k/a Miwon Company Ltd. and Daesang America, Inc. f/k/a Miwon America, Inc. ("Daesang Defendants") hereby stipulate that the date by which the Daesang Defendants must move, answer, or otherwise plead in response to Plaintiff's Complaint in the above-captioned matter shall be extended as follows:

1. If the Court denies certain Defendants' Motion to Stay (Dkt 42), the date by which the Daesang Defendants must move, answer, or otherwise plead in response to Plaintiff's Complaint shall be extended to thirty days after the date of the Court's ruling on certain Defendants' Motion to Stay. The Daesang Defendants reserve their right to move the Court for additional time to respond to Plaintiff's Complaint, if necessary.

2. If the Court grants certain Defendants' Motion to Stay, the obligation of the Daesang Defendants to move, answer, or otherwise plead in response to Plaintiff's Complaint shall be stayed as per this Court's ruling. Upon expiration of the stay, the parties will promptly move the Court for entry of an appropriate case management schedule, including a date by which Defendants must move, answer, or otherwise plead in response to Plaintiff's Complaint.

All defenses, including specifically the defense of lack of personal jurisdiction, are preserved.

| | |
|---|---|
| Dated: <u>March 25, 2010</u> | Respectfully submitted, |
|  <u>/s/  Dianne M. Nast (DMN 1791)</u> |  <u>/s/ Gary A. Wilson</u> |
| Dianne M. Nast, Esquire | Gary A. Wilson, Esquire |
| Erin C. Burns, Esquire | POST & SCHELL, P.C. |
| RODANAST, P.C. | Four Penn Center, |
| 801 Estelle Drive | 1600 John F. Kennedy Boulevard |
| Lancaster, PA 17601 | Philadelphia, PA 19103 |
| *Liaison Counsel and Co-Lead Counsel*<br> *for Direct Purchaser Plaintiffs* | *Counsel for Defendants Daesang Corporation f/k/a Miwon Company Ltd. and Daesang America, Inc. f/k/a Miwon America, Inc*. |

W. Joseph Bruckner, Esquire
Heidi M. Silton, Esquire
LOCKRIDGE, GRINDAL, NAUEN P.L.L.P
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401

Daniel E. Gustafson, Esquire
Brian L. Williams, Esquire
GUSTAFSON GLUEK
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Benjamin D. Brown, Esquire
Kathleen M. Konopka, Esquire
COHEN, MILSTEIN, SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20008

*Co-Lead Counsel for the Direct Purchaser Class*

 

SO ORDERED:

<u> </u>
Hon. Legrome D. Davis
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of the foregoing Joint Stipulation for Extension of Time to Move, Answer or Otherwise Plead in Response to Plaintiff's Complaint to be filed electronically with the Court which in turn electronically served the following individuals:

Carolyn H. Feeney, Esquire
Evan W. Davis, Esquire
DECHERT LLP
Cira Centre
2929 Arch St.
Philadelphia, PA  19104

Counsel for Defendants Monsanto Company, The NutraSweet Company, NutraSweet Property Holdings, Inc. and J.W. Childs Associates, LP

Amy S. Kline, Esquire
Mark C. Cawley, Esquire
SAUL EWING LLP
Centre Square West
1500 Market ST., 38th Fl.
Philadelphia, PA  19102-2186

Counsel for Defendants Ajinomoto Company, Inc., Ajinomoto U.S.A., Inc., Ajinomoto Sweeteners Europe S.A.S. (formerly Ajinomoto Euro-Aspartame S.A.) and Ajinomoto Food Ingredients LLC

Jeremy A. Rist, Esquire
William H. Roberts, Esquire
BLANK ROME LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103

Counsel for Defendant Tosoh Corporation

Richard L. Scheff, Esquire
Lathrop B. Nelson, III, Esquire
MONTGOMERY, McCRACKEN, WALKER
& RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109

Counsel for Defendants Holland Sweetener Company V.O.F., DSM NV and Holland Sweetener North America, Inc.

A. Paul Victor, Esquire
Aldo Badini, Esquire
Jason Clark, Esquire
Jeffrey L. Kessler, Esquire
Jeffrey Newhouse, Esquire
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019

Counsel for Defendant Tosoh Corporation

Dianne M. Nast, Esquire
Erin C. Burns, Esquire
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA  17601

Liaison Counsel and Co-Lead Counsel for Direct Purchaser Plaintiffs

| | |
|---|---|
| W. Joseph Bruckner, Esquire<br>Heidi Silton, Esquire<br>LOCKRIDGE, GRINDAL, NAUEN PLLP<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br><br>Co-Lead Counsel for the Direct Purchaser Class | Daniel E. Gustafson, Esquire<br>Brian L. Williams, Esquire<br>GUSTAFSON GLUEK<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402<br><br>Co-Lead Counsel for the Direct Purchaser Class |

Benjamin D. Brown, Esquire
Kathleen M. Konopka, Esquire
COHEN, MILSTEIN, SELLERS
 & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20008

Co-Lead Counsel for the Direct Purchaser Class

Date: March 25, 2010        /s/ Gary A. Wilson
                            GARY A. WILSON, ESQUIRE