IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLIFFSTAR CORPORATION : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| AJINOMOTO COMPANY, INC., ET AL. : | NO.  09-CV-03867-LDD |
| Defendants. : | |

ORDER

  AND NOW, this 29th day of March, 2010, upon consideration of the Joint Stipulation for Extension of Time to Move, Answer or Otherwise Plead in Response to Plaintiff's Complaint (Doc. No. 76), it is hereby ORDERED that the Stipulation is GRANTED.

                BY THE COURT:

                /S/LEGROME D. DAVIS

                Legrome D. Davis, J