

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLIFFSTAR CORPORATION : CIVIL ACTION
:
v. :
:
AJINOMOTO COMPANY : No. 2:09-cv-3867-LDD

### ORDER

AND NOW, this 7th day of December 2010, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ] - Order staying these proceedings pending disposition of a related action.

[ ] - Order staying these proceedings pending determination of arbitration proceedings.

[ ] - Interlocutory appeal filed.

[X] - This matter is STAYED pending resolution of Appeal (Doc. No. 42) and Plaintiffs' opposition thereto (Doc. No. 52)

it is

ORDERED that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

FURTHER ORDERED that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation, and it is

BY THE COURT:

Legrome D. Davis , J.